JOHN W. HUBER, United States Attorney (#7226)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: kelsyy@utahcounty.gov

FILED
US DISTRICT COURT

2018 AUG 22  P 12: 39

DISTRICT OF UTAH

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KELLY DAVID WRIGHT, Defendant. | INDICTMENT<br><br>Count 1: 21 U.S.C. § 841(a)(1)<br>Possession of Methamphetamine with Intent to Distribute<br><br>Count 2: 18 U.S.C. § 924(c)<br>Carrying Firearm During and In Relation to Narcotics Trafficking<br><br>Count 3: 18 U.S.C. § 922(g)(1)<br>Felon in Possession of Firearm and Ammunition<br><br>Count 4: 26 U.S.C. § 5861(d)<br>Possession of Unregistered Sawed-Off Shotgun |
|---|---|

The Grand Jury Charges:

### COUNT 1
### 21 U.S.C. § 841(a)(1)
**(Possession of Methamphetamine with Intent to Distribute)**

On or about July 22, 2018, in the Northern Division of the District of Utah,

KELLY DAVID WRIGHT,

Case: 1:18-cr-00074
Assigned To : Kimball, Dale A.
Assign. Date : 8/22/2018
Description:

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
## 18 U.S.C. § 924(c)
### (Carrying a Firearm During and In Relation to a Drug Trafficking Crime)

On or about July 22, 2018, in the Northern Division of the District of Utah,

KELLY DAVID WRIGHT"

defendant herein, did knowingly carry a firearm, to wit:, a New England Firearms 12 gauge shotgun during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States as set forth in Count 1 and incorporated herein, that is, knowingly and intentionally possessing with intent to distribute five hundred (500) grams of more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

On or about July 22, 2018, in the Northern Division of the District of Utah,

KELLY DAVID WRIGHT,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: New England Firearms 12 gauge shotgun and ammunition in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
### 26 U.S.C. § 5861(d)
### (Possession of an Unregistered Sawed-Off Shotgun)

On or about July 22, 2018, in the Northern Division of the District of Utah,

KELLY DAVID WRIGHT,

the defendant herein, did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a), to wit: a New England Firearm 12 gauge shotgun, with a barrel length of less than 18 inches, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. § 5861(d).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this indictment in Count 1, the defendant KELLY DAVID WRIGHT, shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, the following property:

- $1,405 in United States Currency

As a result of the offense in Counts 2-4, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), the firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 924(c) and 922 including but not limited to the firearm and ammunition listed in Counts 2-4.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*(signature)*
_____
STEPHEN L. NELSON
STEWART M. YOUNG
Assistant United States Attorneys